IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE 20-011326 14

SAMANTHA STONE-LORENZO,

                    Plaintiff,

VS.

WALMART, INC., a foreign profit corporation,

                    Defendant.
_____/



## SUMMONS

THE STATE OF FLORIDA:

Defendant:                          WALMART, INC.
By Serving Registered Agent:        CT CORPORATION SYSTEM
Address:                            1200 SOUTH PINE ISLAND ROAD
                                    PLANTATION, FL 33324

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a
copy of the Complaint, Interrogatories, Request for Production and Request for Admissions
in this lawsuit on the above-named defendant.

Defendant is required to serve written defenses to the complaint or petition on Plaintiff's
attorney, to wit: LEEDER LAW, P.A., Attorney for Plaintiff, 8551 West Sunrise Blvd., Ste.
202, Plantation, Florida 33324 (954) 734-2382 within (20) days after service of this
summons on that Defendant, exclusive of the day of service, and to file the original of the
defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against that
Defendant for the relief demanded in the complaint.


DATED this _____ JUL 15 2020


LEEDER LAW, P.A.                         BRENDA. D. FORMAN
8551 West Sunrise Bld., Ste. 202        as Clerk of said Court
Plantation, FL 33322
(954) 734-2382

                                         BY_____

                                         BRENDA D. FORMAN

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

SAMANTHA STONE-LORENZO,

                  Plaintiff,

vs.

WALMART, INC., a foreign profit corporation,

                  Defendant.

_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, SAMANTHA STONE-LORENZO, by and through undersigned counsel, files this lawsuit against the Defendant, WALMART, INC., and alleges as follows:

1.     This is an action for damages in excess of $30,000.00.

2.     At all times material hereto, Plaintiff is a resident and citizen of Broward County, Florida, is over the age of eighteen (18) years and is otherwise sui juris.

3.     At all times material hereto, Defendant, WALMART, INC. (referred to herein as "WALMART"), is a foreign corporation, duly authorized to do and doing business in the State of Florida.

4.     At all times material hereto, Defendant, WALMART, owned, controlled, possessed, and maintained the property located at 301 South State Road 7, Hollywood, FL 33023.

5.     At all times material hereto, Plaintiff, SAMANTHA STONE-LORENZO, was rightfully on the premises as a business invitee.

6.      At all times material hereto, Defendant, WALMART, had a duty to use reasonable care to protect the Plaintiff, SAMANTHA STONE-LORENZO, from dangerous conditions existing on said premises of which they knew, or should have known.

7.      On or about the 29th day of June, 2018, the Defendant, WALMART, and/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in one or more of the following particulars:

(a) Creating and/or permitting a dangerous and unsafe condition, to-wit: allowing water to remain on the floor;
(b) Failing to maintain the floor free of water;
(c) Otherwise, owning, maintaining, possessing, or controlling said store in a dangerous, hazardous and unsafe condition;
(d) Failing to have proper procedure to identify such dangerous, hazardous and unsafe conditions;
(e) Failing to inspect the premises for hazardous conditions;
(f) Failing to adequately warn of said dangerous hazardous and unsafe conditions in the area of the store/garden center; and
(g) Other negligent actions or omissions to be determined through discovery.

8.      At all times material hereto, the Defendant, WALMART, knew or should have known of the existence of said dangerous, hazardous, or unsafe condition of said floor.

9.      As a proximate result of the negligence, the Plaintiff, SAMANTHA STONE-LORENZO, was injured when she slipped & fell on the wet floor mat.

10.     As a direct and proximate result of the aforementioned negligence of Defendant, WALMART, the Plaintiff, SAMANTHA STONE-LORENZO, was injured in and about her body and extremities, suffered pain and mental anguish therefrom, loss of capacity for the enjoyment of life, was required to and did receive medical care, treatment, and related expenses as a result of her injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a

reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that her working ability was impaired and she suffered a resultant loss of earnings and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant herein.

**WHEREFORE**, the Plaintiff, SAMANTHA STONE-LORENZO, demands judgment against the Defendant herein and a trial by jury of all issues triable in this cause.

DATED THIS 14th DAY OF JULY, 2020.

# LEEDER LAW

Attorneys for Plaintiff
8551 West Sunrise Blvd., Ste. 202
Plantation, FL 33322
Telephone (954) 734-2382
Pleadings@leederlaw.com

By:/s/ *Khalia A. Rhoden*

**THOMAS H. LEEDER, ESQ.**
FBN: 746401
**KHALIA A. RHODEN, ESQ.**
FBN: 121905